APPEAL NOS. 73-50, 73-61. JOHN J. NORTON *v.* NICOLA PAOLINO. JAMES O'MALLEY *v.* CHARLES F. JACKSON. Motion of appellant, James O'Malley, that his appeal be granted is denied. Joslin, J., not participating. *Nugent & Nugent, J. Joseph Nugent,* for appellant James O'Malley. *David W. Carroll,* for appellee The Travelers Insurance Company.

APPEAL NO. 73-109. JULIA ELIZA GRIFFIN *v.* ROBERT J. RAHILL, *in his capacity as Director of Transportation.* Matter is assigned to current argument list for hearing on the merits. Joslin, J., not participating. *Norman L. Grant,* for appellant. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for appellee.

APPEAL NO. 73-135. JOSEPH BELANGER *et ux. v.* ARMAND S. SILVA *v.* JOHN J. CLARKE INS., INC., *et al.* Motion of third-party defendant, Shelby Mutual Insurance Company, for leave to file a brief on or before September 3, 1973 granted. Joslin, J., not participating. *Nolan & Dailey, Leo J. Dailey; Robert R. Afflick, David G. Lussier,* for Armand S. Silva, defendant and third-party plaintiff. *Hanson, Curran, Bowen & Parks, A. Lauriston Parks,* for John J. Clarke Ins., Inc.; *Keenan, Rice, Dolan & Reardon, Roderick A. J. Cavanagh,* for Shelby Mutual Insurance Company, defendants.

APPEAL NO. 1851. JOSEPH V. ANDREOZZI *v.* FRANK D'ANTUONO *d/b/a* IDEAL MARKET. Motion of appellant, Joseph V. Andreozzi, to assign is granted, and the matter assigned to current argument list for hearing on the merits. Joslin, J., not participating. *Dominic A. St. Angelo,* for appellant. *Vincent J. Baccari,* for appellee.